

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2020

No. 04-20-00178-CV

**IN RE PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice
              Liza A. Rodriguez, Justice

On March 24, 2020, relator filed a petition for writ of mandamus and a motion for stay pending final resolution of the petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **no later than April 15, 2020.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for a stay is GRANTED IN PART. The trial court's December 19, 2019 order compelling discovery and its January 31, 2020 order compelling the same discovery by March 31, 2020 are STAYED pending final resolution of the petition for writ of mandamus.

It is so **ORDERED** on March 25, 2020.

PER CURIAM

ATTESTED TO: _____
                     Michael A. Cruz,
                     Clerk of Court

---

[1] This proceeding arises out of Cause No. 2019CI21744, styled *Rebeca Sanchez v. Progressive County Mutual Insurance Co.*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel, Jr. presiding.